## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| IRA HOLTZMAN, individually and as the representative of a class of similarly-situated persons, v. ROLAND GAUCHER d/b/a AAA COMMERCIAL ROOFING CO., | FILED: JULY 30, 2008<br>08CV4310<br>JUDGE DARRAH<br>MAGISTRATE JUDGE VALDEZ<br>JFB |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

ROLAND GAUCHER, d/b/a AAA COMMERCIAL ROOFING, CO.

| | |
|---|---|
| NAME (Type or print)<br>Eric L. Samore | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Eric L. Samore | |
| FIRM<br>SmithAmundsen LLC | |
| STREET ADDRESS<br>150 North Michigan Avenue, Suite 3300 | |
| CITY/STATE/ZIP<br>Chicago, IL 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6181345 | TELEPHONE NUMBER<br>312-894-3200 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐