# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| IRA HOLTZMAN, individually and as the representative of a class of similarly-situated persons,<br>v.<br>ROLAND GAUCHER d/b/a AAA COMMERCIAL ROOFING CO., | FILED: JULY 30, 2008<br>08CV4310<br>JUDGE DARRAH<br>MAGISTRATE JUDGE VALDEZ<br>JFB |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

ROLAND GAUCHER, d/b/a AAA COMMERCIAL ROOFING, CO.

| NAME (Type or print) |  |
|---|---|
| Vasudev N. Addanki |  |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |  |
| s/ Vasudev N. Addanki |  |
| FIRM |  |
| SmithAmundsen LLC |  |
| STREET ADDRESS |  |
| 150 North Michigan Avenue, Suite 3300 |  |
| CITY/STATE/ZIP |  |
| Chicago, IL 60601 |  |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6278927 | 312-894-3200 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐  NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |  |